

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-15-00114-CV

Hari Prasad **KALAKONDA** and Latha Kalakonda,
Appellants

v.

**ASPRI INVESTMENTS, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-16394
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellants' brief was originally due June 17, 2015; however, the court granted appellant an extension of time until July 17. Appellants have filed a motion asking for an additional fifteen-day extension of time. We **grant** the motion and **order** appellants' brief due **August 3, 2015**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court